Per Curiam.

This proceeding under article 78 of the Civil Practice Act was properly dismissed on the ground that it had not been commenced within four months after the determination sought to be reviewed had become final and binding (Civ. Prac. Act, § 1286). That determination was made by respondent’s board of managers after a hearing at which petitioners were presented with the charges and at which they testified, and was an act of a body exercising quasi-judicial functions and involving an exercise of judgment or discretion (Civ. Prac. Act, § 1284, subd. 2). Since the proceeding was thus barred as untimely, we reach none of the questions argued by petitioners as to the alleged invalidity of the procedures taken by respondent against petitioners.
The order should be affirmed, with costs.